Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

        Case No.:  19−12605−JKS  
        Chapter:  7  
        Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Luis A Recarey−Martinez  
   907 Madison Ave  
   Paterson, NJ 07501

Social Security No.:  
   xxx−xx−7419

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 10, 2019</u>        <u>John K. Sherwood</u>  
                                  Judge, United States Bankruptcy Court